**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9   JPMORGAN CHASE BANK,                      No. C-12-01215 (DMR)
10          Plaintiff(s),                     **ORDER CONTINUING INITIAL CASE
                                              MANAGEMENT CONFERENCE**
11      v.
12  JOSE CAMPOS,
13          Defendant(s).
                                    /
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16          The Initial Case Management Conference previously scheduled for June 27, 2012 has been
17  CONTINUED to **August 22, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301
18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  **August 15, 2012.**
20          IT IS SO ORDERED.
21
22  Dated:  June 21, 2012
23
24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge
26
27
28