**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JPMORGAN CHASE BANK,                          No. C-12-01215 (DMR)

        Plaintiff(s),                    **ORDER CONTINUING INITIAL CASE
                                                   MANAGEMENT CONFERENCE**

    v.

JOSE CAMPOS,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       The Initial Case Management Conference previously scheduled for June 27, 2012 has been

CONTINUED to **August 22, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

**August 15, 2012.**

       IT IS SO ORDERED.

Dated:  June 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge