**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JP MORGAN CHASE BANK, N.A.,   No. C 12-01215 RS

      Plaintiff,   **RECUSAL ORDER**
  v.

JOSE CAMPOS, et al.,

      Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.


IT IS SO ORDERED.

Dated: 7/6/12

                        RICHARD SEEBORG
                        UNITED STATES DISTRICT JUDGE