IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | No. C 12-01215 RS |
| Plaintiff, | **RECUSAL ORDER** |
| v. | |
| JOSE CAMPOS, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 7/6/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER